AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

HP Pavilion Computer serial # (xxxxxxx)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**
CASE NUMBER:

(Further described below)

I    William R. McDermott    being duly sworn depose and say:

I am a(n)    Special Agent for Federal Bureau of Investigation (FBI)    and have reason to believe
             (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**HP Pavilion Computer serial # (xxxxxxx) , AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

concerning a violation of Title  18  United States Code, Section(s)  § 2423. The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

BRUCE R. HEGYI
Federal Major Crimes Section
(202) 305-9637

Signature of Affiant
WILLIAM R. MCDERMOTT, SPECIAL AGENT
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer    Signature of Judicial Officer
AO93(Rev.5/85)Search Warrant